Clint G. KIEFFER, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2006–3423.

United States Court of Appeals,
Federal Circuit.

Oct. 11, 2007.

*ORDER*

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are VACATED and RECALLED, and the petition for review is REINSTATED.

The Respondent's brief is due within 40 days of the date of this order.

INVISTA NORTH AMERICA S.A.R.L.,
Plaintiff–Appellant,

v.

RHODIA POLYAMIDE INTER-
MEDIATES S.A.S., Defen-
dant–Cross Appellant.

No. 2007–1576.

United States Court of Appeals,
Federal Circuit.

Oct. 11, 2007.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).